UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHUONG DUONG, et al.,

    Plaintiffs,

v.

SIX UNKNOWN AGENTS, et al.,

    Defendants.

CASE NO. C11-2013-RSL

REPORT AND RECOMMENDATION

Plaintiffs Phuong Duong, Young Yil Jo, and Uriel Castaneda are federal prisoners currently incarcerated at the Big Spring Correctional Institution in Big Spring, Texas. On December 5, 2011, plaintiffs submitted a proposed civil rights complaint to this Court for review. (Dkt. 1.) However, plaintiffs failed to submit either the $350 filing fee or applications for leave to proceed with this action *in forma pauperis* (IFP). Accordingly, the Clerk sent plaintiff Duong a letter advising him that he would have to submit either the entire filing fee or an IFP application on or before January 5, 2012, and that his failure to do so could result in dismissal of his case. (Dkt. 6.) The Clerk also sent plaintiff the appropriate IFP forms. (*See id*.) To date, plaintiffs have submitted neither the filing fee nor applications to

REPORT AND RECOMMENDATION
PAGE -1

proceed IFP.

As plaintiffs have had ample time to comply with the filing fee requirement, but have failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute.[1] A proposed Order accompanies this Report and Recommendation.

DATED this 25th day of January, 2012.

Mary Alice Theiler
United States Magistrate Judge

---

[1] The Court notes that an almost identical complaint filed by plaintiffs was recently recommended for dismissal for failure to state a claim upon which relief may be granted, *see Castaneda v. Six Unknown Agents*, C11-1963-RSM-JPD (Dkt. 6), while a similar complaint filed by Duong was dismissed by this Court on October 3, 2011 for failure to prosecute, given the absence of a filing fee or IFP application, *see Duong v. Six Unknown Names Agents*, C11-1144-JLR (Dkt. 6).