UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHUONG DUONG, et al., | ) |
| | ) CASE NO. C11-2013-RSL |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) ORDER DISMISSING § 1983 ACTION |
| SIX UNKNOWN AGENTS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and this action are DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 22nd day of February, 2012.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -1